UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ALMENESH WILLIAMS,<br>10218 CONOVER DRIVE<br>SILVER SPRING, MARYLAND 20902,<br><br>PLAINTIFF,<br><br>V.<br><br>FITNESS INTERNATIONAL, LLC,<br>8105 IRVINE CENTER DRIVE, SUITE 200<br>IRVINE, CALIFORNIA 92618<br><br>DEFENDANT. | CIVIL ACTION NO.: _____ |

## NOTICE OF REMOVAL

Defendant, Fitness International, LLC ("LA Fitness"), by and through its attorneys, Gregg E. Viola, Brad M. Schavio, and Eccleston & Wolf, P.C., respectfully submit this Notice of Removal in the above captioned matter to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §1441, *et seq.*, and for cause states as follows:

1. On or about April 2, 2015, Plaintiff Almenesh Williams filed a Complaint in the Circuit Court for Montgomery County, in an action styled *Williams v. Fitness International, LLC,* case no. 403321V. A copy of the Complaint is attached hereto as *Exhibit A*.

2. Upon information and belief, Defendant was served with process via process server on April 15, 2015. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

## GROUNDS FOR REMOVAL BASED UPON DIVERSTIY JURISDICTION

3. This Court's jurisdiction to hear Plaintiff's claim exists where there is a complete diversity of citizenship between the parties and the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. §1332(a).

4. Pursuant to 28 U.S.C. §1441(a), this Court has removal jurisdiction based upon diversity of citizenship in cases where it would have had original jurisdiction based upon diversity of citizenship, subject to the following limitations:

   a. Removal jurisdiction based upon diversity of citizenship is subject to the limitation that none of the defendants may be a citizen of the state in which the action is bought. 28 U.S.C. §1441(b);

   b. Diversity of citizenship must exist at the time that the original action is filed, as well as the time the Notice of Removal is filed. Kieffer v. Travelers Fire Ins. Co., 167 F. Supp. 398, 401(D. Md. 1958); and

   c. All Defendants must consent to removal. Chicago, Rock Island & Pacific RR., Co. v. Martin, 178 U.S. 245 (1900).

## FACTS IN SUPPORT OF REMOVAL

5. As set forth in Plaintiff's Complaint, Plaintiff is a resident of Silver Spring, Maryland. Plaintiff was therefore a citizen of Maryland at the time of the filing of the Complaint, and upon information and belief, remains a citizen of Maryland.

6. Defendant is a corporation duly organized under the laws of the State of California, with its principal office located in the State of California, and is licensed to conduct business as a foreign corporation in the State of Maryland. Thus, pursuant to 28 U.S.C. §1332(c)(1)

Defendant is currently, and was at the time of the filing of the Complaint, a citizen of the State of California.

7. In the Complaint, Plaintiff seeks judgment against Defendant in the amount "in excess of Seventy-Five Thousand Dollars ($75,000.00)." Thus, the amount in controversy, exclusive of interest and cost, exceeds the sum or value of $75,000, which is the amount specified by 28 U.S.C. §1332(a).

8. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and the action is removable from the circuit court, pursuant to 28 U.S.C. §1441.

## PROCEEDURAL COMPLIANCE

9. In addition to the Complaint, pursuant to 28 U.S.C. §1446(a) and Local Rule 103.5(a) of the Rules of the United States District Court for the District of Maryland, a copy of all process, pleadings, and orders served on Defendant in the circuit court matter are hereby attached as *Exhibit B-1, Exhibit B-2, Exhibit B-3, Exhibit B-4, Exhibit B-5, Exhibit B-6,* and *Exhibit B-7*.

10. Pursuant to 28 U.S.C. §1446(d), Defendant will provide written Notice to Plaintiff of the filing of this Notice of Removal, and will file a copy of this Notice of Removal with the circuit court. Defendant is contemporaneously filing with this Court a Certification of Filing Notice of Removal in State Court.

11. Pursuant to Local Rule 103.5(a) of the rules of the United States District Court for the District of Maryland, within 30 days of the filing of this Notice of Removal, Defendant will file with this Court copies of all other documents from the circuit court in this matter, and will file with this Court a Certification of Filing of State Court Documents.

12. Pursuant to Local Rule 103.5(c) of the Rules of the United States District Court and the District of Maryland, Defendant will file within seven days, with this Court, a Disclosure of Affiliations and Financial Interests.

13. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Defendant will file within seven days, with this Court, its response to Plaintiff's Complaint.

14. Attached as *Exhibit C* is a Civil Cover Sheet.

WHEREFORE, Defendant respectfully requests the instant action be removed from the Circuit Court for Montgomery County, and proceed in this Court as properly removed.

Respectfully submitted,

_____
Gregg E. Viola, Federal Bar No. 25737
ECCLESTON & WOLF, P. C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076
E-Mail: viola@ewmd.com
Phone: (410) 752-7474
Facsimile: (410) 752-0611
*Attorneys for Defendant*

_____
Brad M. Schavio, Federal Bar No. 19354
ECCLESTON & WOLF, P. C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076
E-Mail: schavio@ewmd.com
Phone: (410) 752-7474
Facsimile: (410) 752-0611
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2015, that a copy of the aforegoing Notice of Removal was served by mailing a copy first-class, postage prepaid to:

> Timothy J. Capurso, Esquire
> Michael Ziccardi, Esquire
> GORDON FEINBLATT LLC
> The Garrett Building
> 233 East Redwood Street
> Baltimore, Maryland 21202
> *Attorneys for Plaintiff*

_____
Brad M. Schavio