```
ALMENESH WILLIAMS                *    IN THE
10218 Conover Drive
Silver Spring, Maryland 20902,   *    CIRCUIT COURT

              Plaintiff,         *    FOR

vs.                              *    MONTGOMERY COUNTY     TDC 15CV1400

FITNESS INTERNATIONAL, LLC       *    Case No.: 403321V
8105 Irvine Center Drive, Ste. 200
Irvine, California 92618         *

SERVE ON:                        *                 RECEIVED

The Corporation Trust Inc., Resident  *             APR 02 2015
Agent
351 W. Camden Street             *            Clerk of the Circuit Court
Baltimore, Maryland 21201,                    Montgomery County, Md.
                                 *
              Defendant.
* * * * * * * * *   * * * * * * * * * *
```

## COMPLAINT

Plaintiff Almenesh Williams ("Plaintiff"), by and through her attorneys Michael Ziccardi, Timothy J. Capurso, and Gordon Feinblatt LLC, hereby sues Defendant Fitness International, LLC ("Defendant"), and state as follows:

1. Plaintiff is a resident of Maryland, with her principal domicile located at 10218 Conover Drive, Silver Spring, Maryland 20902.

2. Defendant is a California corporation with its principal place of business at 8105 Irvine Center Drive, Ste. 200, Irvine, California 92618.

3. This Court has jurisdiction over Defendant pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-103(b)(1)-(3).

4078504.1 31094/121070 03/30/2015



| | |
|---|---|
| ALMENESH WILLIAMS<br>10218 Conover Drive<br>Silver Spring, Maryland 20902,<br><br>Plaintiff,<br><br>vs.<br><br>FITNESS INTERNATIONAL, LLC<br>8105 Irvine Center Drive, Ste. 200<br>Irvine, California 92618<br><br>**SERVE ON:**<br><br>The Corporation Trust Inc., Resident Agent<br>351 W. Camden Street<br>Baltimore, Maryland 21201,<br><br>Defendant. | * IN THE<br><br>* CIRCUIT COURT<br><br>* FOR<br><br>* MONTGOMERY COUNTY<br><br>* Case No.:<br><br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff Almenesh Williams ("Plaintiff"), by and through her attorneys Michael Ziccardi, Timothy J. Capurso, and Gordon Feinblatt LLC, hereby sues Defendant Fitness International, LLC ("Defendant"), and state as follows:

1. Plaintiff is a resident of Maryland, with her principal domicile located at 10218 Conover Drive, Silver Spring, Maryland 20902.

2. Defendant is a California corporation with its principal place of business at 8105 Irvine Center Drive, Ste. 200, Irvine, California 92618.

3. This Court has jurisdiction over Defendant pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-103(b)(1)-(3).

4078504.1 31094/121070 03/30/2015

4. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-201(b).

5. On or about December 12, 2012, at approximately 1:00 p.m., Plaintiff was a business invitee at an L.A. Fitness gym (the "Gym") in Wheaton, Maryland.

6. The Gym is owned and operated by Defendant.

7. While exercising due care and caution, Plaintiff attempted to use a treadmill in the Gym. However, the treadmill was in disrepair, and it suddenly accelerated with absolutely no warning. As such, Plaintiff was caused to slip and fall.

8. Defendant knew or should have known of the existence of the aforementioned dangerous condition of the treadmill, but failed to remedy the condition or warn individuals, including Plaintiff, of the danger.

9. Defendant owed a duty to Plaintiff as a business invitee to exercise ordinary and reasonable care to see that those portions of its property and premises which an invitee may reasonably expect to use are safe, or, if not safe, to give notice of any unsafe condition.

10. On information and belief, Defendant had repeatedly permitted or allowed individuals to use the treadmill while it was in disrepair. Additionally, on information and belief, at least one other person had fallen on the treadmill prior to the subject occurrence as a result of Defendant permitting it to remain in disrepair. Despite this prior incident, Defendant failed to remedy and/or fix the condition of the treadmill.

11. Plaintiff in no way caused or contributed to the accident.

## COUNT I – NEGLIGENCE

Plaintiff sues Defendant, and states as follows:

12. Plaintiff does hereby incorporate and re-allege all the statements and allegations contained in Paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. Defendant, by and through its agents, servants, or employees, owed a duty of ordinary and reasonable care to Plaintiff and breached said duty of care by: (a) allowing and permitting a dangerous condition to persist on the treadmill; (b) failing to properly remedy a known, dangerous condition; (c) failing to give notice to Plaintiff of the dangerous condition on its premises; (d) failing to remedy or take precautions to prevent the aforementioned dangerous condition; (e) failing to properly inspect the subject area for any dangerous and/or defective conditions; (f) failing to contact the appropriate individuals or entities to correct the dangerous condition; (g) failing to properly oversee the repair and maintenance of the source of the subject dangerous condition; and (h) in other respects, was careless, reckless, and/or negligent.

14. As a direct and proximate result of Defendant's negligence, Plaintiff suffered severe and possibly permanent physical injuries, pain and suffering, psychological harm, and other damages.

15. Plaintiff further avers that all of her injuries, losses, and damages, past, present, and prospective, are due solely to and by reason of the negligence on the part of

Defendant, without any negligence or want of due care on the part of Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff Almenesh Williams sues Defendant Fitness International, LLC, and claims damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

## COUNT II – GROSS NEGLIGENCE

Plaintiff sues Defendant, and states as follows:

16. Plaintiff does hereby incorporate and re-allege all the statements and allegations contained in Paragraphs 1 through 15 of this Complaint as if fully set forth herein.

17. Defendant, by and through its agents, servants, or employees, owed a duty of ordinary and reasonable care to Plaintiff and breached said duty of care by: (a) allowing and permitting a dangerous condition to persist on the treadmill; (b) failing to properly remedy a known, dangerous condition; (c) failing to give notice to Plaintiff of the dangerous condition on its premises; (d) failing to remedy or take precautions to prevent the aforementioned dangerous condition; (e) failing to properly inspect the subject area for any dangerous and/or defective conditions; (f) failing to contact the appropriate individuals or entities to correct the dangerous condition; (g) failing to properly oversee the repair and maintenance of the source of the subject dangerous condition; and (h) in other respects, was careless, reckless, and/or negligent.

18. Defendant and its agents, servants, or employees acted with reckless indifference to the safety and welfare of Plaintiff, and with the blatant disregard for her safety and well-being.

WHEREFORE, Plaintiff Almenesh Williams sues Defendant Fitness International, LLC, and claims damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

_____
Michael Ziccardi
Timothy J. Capurso
Gordon Feinblatt LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202
Telephone: (410) 576-4068
Facsimile: (410) 576-4269
Email: mziccardi@gfrlaw.com

*Attorneys for Plaintiff*

### RULE 1-322.2 CERTIFICATE

I HEREBY CERTIFY that I have complied with Rule 1-322.1, regarding the exclusion of personal identifier information in court filings.

_____
Michael Ziccardi

5

4078504.1 31094/121070 03/30/2015